**Opinion issued April 21, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-15-00276-CV

_____

## IN RE PAULA TOMASI, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

On March 26, 2015, relator Paula Tomasi filed a petition for writ of mandamus requesting that we compel the trial court to rule on her "Petition for Enforcement of Property Division by Contempt."* On March 31, 2015, relator filed a motion requesting voluntary dismissal of her petition for writ of mandamus, stating that the trial court subsequently ruled on her petition for enforcement. No

---

* The underlying case is *In the Matter of the Marriage of Diego David Tomasi and Paula Tomasi*, cause number 2012-03438, pending in the 245th District Court of Harris County, Texas, the Honorable Roy Moore presiding.

prior opinion has issued in this original proceeding. Accordingly, we grant the motion and dismiss relator's petition for writ of mandamus. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Massengale.